NO. 07-12-0194-CV

IN THE COURT OF APPEALS

FOR THE SEVENTH DISTRICT OF TEXAS

AT AMARILLO

PANEL A

MAY 29, 2012
_____

SENDERRO CONSTRUCTION SERVICES, INC., APPELLANT

V.

DENISE RODRIGUEZ, INDIVIDUALLY AND AS NEXT FRIEND OF
JOSE RODRIGUEZ III, GABRIELLE RODRIGUEZ
AND GILLIAN RODRIGUEZ, APPELLEES

_____

FROM THE 53RD DISTRICT COURT OF TRAVIS COUNTY;

NO. D-1-GN-09-001075; HONORABLE ORLINDA NARANJO, JUDGE

_____

Before CAMPBELL and HANCOCK and PIRTLE, JJ.

**ABATEMENT AND REMAND**

Pending before this Court is a *Joint Motion to Abate or Remand* this appeal. The parties represent that they have entered into a settlement agreement and wish to have the trial court effectuate that agreement due to the involvement of a minor. To accord the trial court with jurisdiction to accomplish the relief requested by the parties, we grant the motion and abate the appeal for sixty days and remand the cause to permit

proceedings in the trial court to effectuate the settlement agreement. *See* Tex. R. App. P. 42.1(a)(2)(C).

It is so ordered.

Per Curiam

2